JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GAMMA MEDICA-IDEAS (USA), INC.,<br><br>                Debtor<br><br>CAPITAL RESOURCE PARTNERS, LP, ROBERT AMMERMAN, PSILOS GROUP PARTNERS III, LP, PSILOS GROUP PARTNERS IIIA, LP, PSILOS GROUP PARTNERS IIIC, LP, DAVID EICHLER and ALAN WAXMAN,<br><br>                Appellants,<br><br>v.<br><br>THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS OF: GAMMA MEDICA-IDEAS (USA), INC., a California corporation; ADVANCED MOLECULAR IMAGING LLC, a Delaware limited liability company, GAMMA MEDICA-IDEAS, INC., a Delaware corporation, ADVANCED MOLECULAR IMAGING, INC., a Delaware corporation; and INDUSTRIAL DIGITAL IMAGING, INC., a Delaware corporation,<br><br>                Appellee. | **Case No. 2:14-cv-3895-DMG**<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL OF APPEAL [21]**<br><br>Bankruptcy No. 1:12-bk-17469 VK |

Before the Court is the Parties' Joint Stipulation of Dismissal. Having reviewed the stipulation, IT IS HEREBY ORDERED THAT this appeal is dismissed with prejudice and without costs to any party.

DATED: September 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**cc: Bankruptcy Court**